IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES CREAL**                                                     **PLAINTIFF**

v.                              **Case No: 4:23-cv-00209 JM**

**LAFAYETTE WOODS, JR. et al.**                          **DEFENDANTS**

## ORDER

The parties' joint motion to dismiss with prejudice is GRANTED. (Doc. No. 46). The case is hereby dismissed with prejudice. The Clerk is directed to close the case,

It is so ordered this 16th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE